# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLLEEN DWYER,** : | | |
|                     Plaintiff, : | | **CIVIL ACTION** |
| : | | **No. 19-4751** |
|       v. : | | |
| : | | |
| **UNUM LIFE INSURANCE COMPANY** : | | |
| **OF AMERICA,** : | | |
|                     Defendant. : | | |

## ORDER

This 2nd day of July, 2020, after consideration of Plaintiff's and Defendant's letter submissions regarding discovery, ECFs 16 and 17, the following is hereby **ORDERED** in accordance with the accompanying Memorandum:

1. Unum's objections to Interrogatories 8 and 9 are **OVERRULED**.

2. Unum's objections to Interrogatories 13, 14, 19, and 20 are **SUSTAINED**.

3. Unum's objections to Requests for Production of Documents 16 and 17 are **SUSTAINED**.

4. Unum's objection to Request for Production of Documents 25 is **OVERRULED**.

5. Unum's objections to making Scott Norris, MD, Peter Brown, MD, and a corporate designee available for deposition are **OVERRULED**.

6. Unum's objection to making Kurt Phillips available for deposition is **SUSTAINED**.

7. Unum's objections to Deposition Topics 5, 6, and 7 are **OVERRULED**.

8. Unum's objections to Deposition Topics 8, 13, and 14 are **SUSTAINED**.

9. Unum's objections to Deposition Topics 15 and 16 are **OVERRULED**.

10. The parties are directed to proceed forthwith and to cooperate in the scheduling of any necessary 30(b)(6) deposition and the completion of discovery.

      /s/ Gerald Austin McHugh
United States District Judge