# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLLEEN DWYER** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-4751 |
| | : | |
| **UNUM LIFE INSURANCE** | : | |
| **COMPANY OF AMERICA** | : | |

## ORDER

This 8th day of July, 2021, in accordance with the accompanying findings of fact and conclusions of law entered under Federal Rule of Civil Procedure 52 and with the provisions of Federal Rule of Civil Procedure 58, it is hereby **ORDERED** as follows:

1. Judgment is entered in favor of Plaintiff Colleen Dwyer against Defendant Unum Life Insurance of America.

2. Plaintiff is entitled to retroactive receipt of long-term disability benefits from August 5, 2018 through August 5, 2020, and this matter is remanded for a determination of the amount due under the terms of the Plan and in accordance with the accompanying Memorandum.

3. The amount of benefits due shall be increased by 3.85% to account for prejudgment interest that has been awarded in Plaintiff's favor.

4. Defendant shall assess Plaintiff's eligibility for long-term disability benefits for the period after August 5, 2020 in accordance with the Plan and all applicable provisions of the Regulatory Settlement Agreement.

5. Plaintiff is granted leave to file a Motion for Attorney's Fees and Costs pursuant to 29 U.S.C. § 1132(g), which Defendant shall answer in accordance with the Local Rules.

    /s/ Gerald Austin McHugh
United States District Judge